IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LENO PEREA,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S RENEWED MOTION FOR *BRADY, GIGLIO*, AND *BAGLEY* INFORMATION<br><br><br>Case No. 2:05-CR-234 TS |

      This matter is before the Court on Defendant's Renewed Motion for *Brady*,[1] *Giglio,*[2] and *Bagley*[3] Information. The Government has not opposed the Motion. The Court notes that insofar as the Motion includes a confidential informant (CI) in the category of cooperating witnesses, the Court has ruled by separate order that the government need not disclose any identifying information. It is therefore

---

[1] *Brady v. Maryland*, 373 U.S. 83 (1963).

[2] *Giglio v. United States*, 405 U.S. 150 (1972).

[3] *United States v. Bagley*, 473 U.S. 667 (1985).

ORDERED that Defendant's Renewed Motion for *Brady*, *Giglio* and *Bagley* Information (Docket No. 91) is GRANTED except as it relates to the CI.

DATED  August 1, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge